**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD DAVE RENTERIA, | Case No. CV 17-4482 RGK (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M. SEXTON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 22, 2018

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE